**EXHIBIT "C"**

Bloomberg Company Overview Report

## Internet Software and Services
## Company Overview of TLO, LLC

December 07, 2016 8:17 PM ET

### Snapshot

### People

**Company Overview**

TLO, LLC provides search and locating technology solutions. Its search and locating technology provides insights for debt/asset recovery, identify authentication, investigation, corporate risk management and due diligence, threat assessment, fraud mitigation, skip tracing and collections, insurance claims management, fraud detection and prevention, and legislative compliance. It serves public and private sector organizations, such as collections, attorneys and law firms, licensed investigators, financial services, insurance, corporate risk fraud and security, investigative reporters, law enforcements, governments, and repossession industries worldwide. The company was incorporated in 2009 and is based in Boca Raton, Florida. As of December 16, 2013, TLO, LLC operates as a subsidiary of TransUnion Intermediate Holdings, Inc.

Hide Detailed Description

4530 Conference Way South
Boca Raton, FL 33431
United States

**Phone:** 561-988-4200
**Fax:**    561-998-8628
**www.tlo.com**

Founded in **2009**

**Key Executives For TLO, LLC**

**Desiree Asher**
Co-Chief Executive Officer

**Carly Asher Yoost**
Co-Chief Executive Officer

**Mr. John Walsh**
Founder

**Mr. Ole Poulsen**
Founder

**Mr. Daniel MacLachlan**
Chief Financial Officer
Age: 37

Compensation as of Fiscal Year 2016.

**Similar Private Companies By Industry**

| Company Name | Region |
| --- | --- |
| "Atlantic Tele-Satellite, Inc. | United States |
| .Club Domains LLC | United States |
| .Comdaq Corporation | United States |
| @Court | United States |
| 0 Food Waste LLC | United States |

**Recent Private Companies Transactions**

| Type Date | Target |
| --- | --- |
| No transactions available in the past 12 months. | |

## Request Profile Update

**Internet Software and Services**
**Company Overview of TLO, LLC**

December 07, 2016 8:22 PM ET

**Snapshot**                                    **People**

| Overview | Board Members | Committees |

---

**Executive Profile**

# Carly Asher Yoost

Co-Chief Executive Officer, TLO, LLC

| Age | Total Calculated Compensation | This person is connected to **0** Board Members in **0** different organizations across **1** different industries. |
| -- | -- | |

---

**Background**

Carly Asher Yoost serves as the Co-Chief Executive Officer of TLO, LLC.

---

**Corporate Headquarters**

4530 Conference Way South
Boca Raton, Florida 33431

United States

Phone: 561-988-4200
Fax: 561-998-8628

**Annual Compensation**

There is no Annual Compensation data available.

**Stocks Options**

There is no Stock Options data available.

**Total Compensation**

There is no Total Compensation data available.

**Board Members Memberships**

There is no Board Members Memberships data available.

**Education**

There is no Education data available.

**Other Affiliations**

There is no Company Affiliations data available.

---

**Request Profile Update**

---

## From Around the Web

Sponsored Links by Taboola

**"Shark Tank" Star's Brilliant Mortgage Payoff Tip**
The Easy Loan Site by Bills.com

**Internet Software and Services**
**Company Overview of TLO, LLC**

December 07, 2016 8:21 PM ET

Snapshot                                    People

Overview   Board Members   Committees

---

**Executive Profile**

# Desiree Asher

Co-Chief Executive Officer, TLO, LLC

Age          Total Calculated Compensation    This person is connected to **0** Board Members in **0** different
                                              organizations across **1** different industries.
--           --

---

**Background**

Desiree Asher serves as the Co-Chief Executive Officer of TLO, LLC.

**Corporate Headquarters**

4530 Conference Way South
Boca Raton, Florida 33431

United States

Phone: 561-988-4200
Fax: 561-998-8628

**Annual Compensation**

There is no Annual Compensation data available.

**Stocks Options**

There is no Stock Options data available.

**Total Compensation**

There is no Total Compensation data available.

**Board Members Memberships**

There is no Board Members Memberships data
available.

**Education**

There is no Education data available.

**Other Affiliations**

There is no Company Affiliations data available.

**Request Profile Update**

## From Around the Web

Sponsored Links by Taboola

## "Shark Tank" Star's Brilliant Mortgage Payoff Tip

The Easy Loan Site by Bills.com

**Internet Software and Services**
**Company Overview of TLO, LLC**

December 07, 2016 8:23 PM ET

Snapshot                                          People

| Overview | Board Members | Committees |

---

**Executive Profile**

# John Walsh

Founder, TLO, LLC

Age            Total Calculated Compensation     This person is connected to **0** Board Members in **0** different
--             --                                organizations across **1** different industries.

---

**Background**

Mr. John Walsh is Founder of TLO, LLC.

**Corporate Headquarters**

4530 Conference Way South
Boca Raton, Florida 33431

United States

Phone: 561-988-4200
Fax: 561-998-8628

**Annual Compensation**

There is no Annual Compensation data available.

**Stocks Options**

There is no Stock Options data available.

**Total Compensation**

There is no Total Compensation data available.

**Board Members Memberships**

There is no Board Members Memberships data
available.

**Education**

There is no Education data available.

**Other Affiliations**

There is no Company Affiliations data available.

**Request Profile Update**

# From Around the Web

Sponsored Links by Taboola

## "Shark Tank" Star's Brilliant Mortgage Payoff Tip

The Easy Loan Site by Bills.com

**Professional Services**
**Company Overview of Cogint, Inc.**

December 07, 2016 8:24 PM ET

**Snapshot**                                    People

| Overview | Board Members | Committees |

---

**Executive Profile**

# Ole Poulsen

Chief Science Officer, Cogint, Inc.

| Age | Total Calculated Compensation | This person is connected to **0** Board Members in **0** different organizations across **3** different industries. |
| --- | --- | --- |
| -- | -- | |

---

**Background**

Mr. Ole Poulsen serves as Chief Science Officer of IDI, Inc. and served as its Chief Scientific Officer. Mr. Poulsen has been Chief Science Officer of Interactive Data, LLC since April 01, 2015. Mr. Poulsen is a Co-Founder of TLO, LLC. Mr. Poulsen served as Chief Technology Officer of data fusion company Seisint, which was acquired by LexisNexis in 2004 for $775 million. Mr. Poulsen was the Primary Systems Architect of leading data fusion products LexisNexis (formerly, ...

Read Full Background

**Corporate Headquarters**

2650 North Military Trail
Boca Raton, Florida 33431

United States

Phone: 561-757-4000
Fax: --

**Annual Compensation**

There is no Annual Compensation data available.

**Stocks Options**

There is no Stock Options data available.

**Total Compensation**

There is no Total Compensation data available.

**Board Members Memberships**

There is no Board Members Memberships data available.

**Education**

There is no Education data available.

**Other Affiliations**

Interactive Data, LLC
TLO, LLC

**Request Profile Update**

**Professional Services**
**Company Overview of Cogint, Inc.**

December 07, 2016 8:25 PM ET

Snapshot                                    People

| Overview | Board Members | Committees |

**Executive Profile**

# Daniel MacLachlan

Chief Financial Officer, Cogint, Inc.

| Age | Total Calculated Compensation | This person is connected to **0** Board Members in **0** different organizations across **3** different industries. |
| --- | --- | --- |
| **37** | **--** | |

**Background**

Mr. Daniel MacLachlan, also known as Dan, has been Chief Financial Officer of IDI, Inc. since March 29, 2016. Mr. MacLachlan served as Chief Financial Officer of TLO, LLC from January 09, 2009 to December 2013. He served as the Chief Financial Officer of The Best One, Inc. (TBO) from October 2014 to February 2015, facilitating its merger with Tiger Media, Inc. Mr. MacLachlan has over a decade of experience as the Chief Financial Officer of data-driven technology companies. ...

Read Full Background

**Corporate Headquarters**

2650 North Military Trail
Boca Raton, Florida 33431

United States

Phone: 561-757-4000
Fax: --

**Board Members Memberships**

There is no Board Members Memberships data available.

**Education**

**BS**
Nova Southeastern University

**BBA**
Florida Atlantic University

**MBA**
Florida Gulf Coast University

**Other Affiliations**

**Annual Compensation**

There is no Annual Compensation data available.

**Stocks Options**

There is no Stock Options data available.

**Total Compensation**

There is no Total Compensation data available.