United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America *ex rel.*, James Price, and others, Plaintiffs <br><br> v. <br><br> Child Rescue Coalition, Inc., and others, Defendants | ) ) ) ) ) ) ) <br><br> Civil Action No. 17-20859-Civ-Scola |

## Order Dismissing Case

This matter is before the Court on an independent review of the record. Pro se Plaintiffs filed a *qui tam* complaint against the Defendants accusing them of participating in a fraudulent scheme. (*See* Am. Complaint, ECF No. 3.)

In a *qui tam* claim under the False Claims Act ("FCA"), a private individual, called a relator, may file a civil action on behalf of the federal government. *See* 31 U.S.C. § 3730(b). These *qui tam* claims cannot be brought by a *pro se* plaintiff. The Eleventh Circuit has made clear that a district court lacks subject matter jurisdiction over *qui tam* claims brought by *pro se* plaintiffs. *See Timson v. Sampson*, 518 F.3d 870, 873-74 (11th Cir. 2008) (affirming the district court's dismissal because "Timson could not maintain a *qui tam* suit under the FCA as a *pro se* relator"); *Deutsche Bank Nat'l Trust Co. v. Holyfield*, 309 Fed. App'x 331, (11th Cir. 2009) ("we conclude that the district court lacked subject matter jurisdiction because the Holyfield's filed the suit *pro se*"); *Neira v. Bank of Am. Corp., N.A.*, 2015 WL 12826544, at * (S.D. Fla. Nov. 25, 2015) (Ungaro, J.) (dismissing the case because "the Court lacks subject matter jurisdiction over *pro se* Plaintiffs' Complaint because Plaintiffs are *pro se* relators attempting to allege False Claims Act violations").

Therefore, the Court **dismisses** the case **without prejudice** for lack of subject matter jurisdiction. The **Clerk** is directed to **close** this case and **mail** a copy of this order to the Plaintiffs at the address listed below. All pending motions are **denied as moot**. The Court directs the **Clerk** to **unseal** all filings in this case, as the 60-day requirement from 31 U.S.C. § 3730(b)(2) has long expired.

**Done and ordered** at Miami, Florida, on July 27, 2020.

_____
Robert N. Scola, Jr.
United States District Judge

*Copies to:*

James Price (Inmate No. 98922-004)
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

Sheldon Joel Ramnaraine (Inmate No. 55635-018)
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

Laurence S. Smith (Inmate No. 42473-019)
Federal Correctional Institution
PO Box 779800
Miami, FL 33177